# EXHIBIT A

MLQ Attorney Services  
2000 Riveredge Parkway, Suite 885  
Atlanta , GA30328  
800-446-8794 or 770-984-7007  
www.mlqattorneyservices.com  

Invoice No: 520463  
Date: 09/21/2016  
Our Tax ID#: **58-2428431**

Titilayo Fashina  
Morgan & Morgan  
191 Peachtree Street NE  
Suite 4200  
Atlanta, GA30303  

## INVOICE FOR SERVICE

Firm ID:10826  
Firm Name:Morgan & Morgan  
Client Matter No:  
Servee: Cirque ATL, LLC, c/o Kechia Matadin Registered Agent  
Date Completed: 09/03/2016  
LATOYA MARTIN v. CIRQUE ATL,LLC, ET AL  

| | | |
|---|---|---|
| Service of Process, 1st Attempt Zone A | 08/31/16 @ 12:42 pm - attempts to serve - 230 18th Street, Atlanta, GA 30363 | $65.00 |
| Service of Process, 2nd Attempt Zone A | 09/01/16 @ 5:53 pm | $0.00 |
| Service of Process, 3rd Attempt, Zone A | 09/03/16 @ 12:01 pm | $0.00 |
| Service of Process - Local | Service billed to date re: Cirque ATL, LLC | $0.00 |

**TOTAL CHARGES:**     **$65.00**

**BALANCE:**     **$65.00**

Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or 18% per annum PLEASE PAY FROM THIS INVOICE.

