**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| LATOYA MARTIN,<br><br>    Plaintiff,<br><br>vs.<br><br>CIRQUE ATL, LLC, a Georgia Domestic Liability Company, and KECHIA MATADIN, Individually,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-1935-MHC |

**DEFAULT JUDGMENT**

  The defendant(s) having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Judge Mark H. Cohen, United States District Judge, by order of June 20, 2017, having directed that judgment issue in favor of plaintiff and against the defendant(s), it is hereby

  ORDERED AND ADJUDGED, that the plaintiff Latoya Martin, recover from the defendant(s) the total amount of $4,063.50 in damages and liquidated damages, $2,730.00 in Attorneys' fees, and $626.11 in costs.

  Dated at Atlanta, Georgia this 20th day of June, 2017.

              JAMES N. HATTEN
              CLERK OF COURT


          By:  s/Jill Ayers
              Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
  June 20, 2017
James N. Hatten
Clerk of Court


By:  s/Jill Ayers
    Deputy Clerk